FILED
CLERK, U.S. DISTRICT COURT

JAN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANTONIO SANCHEZ, ) NO. CV 06-7326 RGK (JWJx)
)
    Plaintiff, )
)
    v. ) [PROPOSED]
) ORDER DISMISSING CASE
JOHN E. POTTER, )
Postmaster General of the )
United States Postal Service, )
)
    Defendant. ) Honorable Jeffrey W. Johnson
)

IT IS HEREBY ORDERED THAT:

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear his own costs of suit and attorneys' fees; and,

3. The Court retains jurisdiction pending payment of the settlement amount.

DATED:

January 18, 2008

_____
JEFFREY W. JOHNSON
United States Magistrate Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


    /s/
_____
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for Federal Defendant